# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138642

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MEISNER & ASSOCIATES, P.C.,
        Plaintiff-Appellant,

v

                                     SC: 138642
                                     COA: 280190
                                     Washtenaw CC: 06-000906-CZ

STAMPER & COMPANY and JEFFREY J.
PODOLSKI,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

0720

Clerk